# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159524-5(56)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

LAKESHORE GROUP, CHARLES ZOLPER,
JANE UNDERWOOD, LUCIE HOYT, and
WILLIAM REININGA,
   Petitioners-Appellants,
and

KENNETH ALTMAN, DAWN SCHUMANN,
GEORGE SCHUMANN, MARJORIE
SCHUHAM, and LAKESHORE CAMPING,
   Intervenors-Appellants,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY and DUNE RIDGE SA, LP,
   Respondents-Appellees.
_____/

SC: 159524; 159525
COA: 340623; 340647
Ingham CC: 17-000176-AA

On order of the Chief Justice, the motion to extend the time for oral argument to ten minutes for appellee Department of Environmental Quality and ten minutes for appellee Dune Ridge SA is GRANTED.  The oral argument time for appellants is also extended to 20 minutes total.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

   March 18, 2020      

             Clerk